# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Kerry Travis Spangler**  
       **Lisa A. Spangler**

**BK NO. 18-00243 HWV**

**Chapter 13**

       **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as indenture Trustee and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**  
                        James C. Warmbrodt, Esquire  
                        KML Law Group, P.C.  
                        BNY Mellon Independence Center  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA 19106  
                        215-627-1322