# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kerry Travis Spangler
     Lisa A Spangler

Case No.: 1-18-00243HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Select Portfolio Servicing, Inc |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 2250 |
| Property Address if applicable: | 42 Twin Hill Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $70.18 |
| b. | Prepetition arrearages paid by the trustee: | $70.18 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $70.18 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 23, 2023

> Respectfully submitted,
>
> /s/ Jack N. Zaharopoulos
> Standing Chapter 13 Trustee
> Suite A, 8125 Adams Drive
> Hummelstown, PA  17036
> Phone:  (717) 566-6097
> Fax:  (717) 566-8313
> email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kerry Travis Spangler
Lisa A Spangler

Case No.: 1-18-00243HWV
Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 23, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Michael J Csonka, Esquire
166 South Main St
Kerrstown Square
Chambersburg PA 17201

**Served by First Class Mail**
Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City UT 84165

Kerry Travis Spangler
Lisa A Spangler
42 Twin Hill Dr
Waynesboro  PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 23, 2023

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00243  **KERRY TRAVIS SPANGLER**

BANK OF AMERICA  
PO BOX 660933  

DALLAS, TX  75266-0933  

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:  

Acct No: Twin Hill Dr - PRE-ARREARS -  
ARREARS - TWIN HILL DRIVE  

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $163,328.04 | Debt: $70.18 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $70.18 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **BANK OF AMERICA** | | | | | | | |
| 520-0 | BANK OF AMERICA | | 01/10/2019 | 1196298 | $70.18 | $0.00 | $70.18 | 01/18/2019 |
| | | | | Sub-totals: | $70.18 | $0.00 | $70.18 | |
| | | | | Grand Total: | $70.18 | $0.00 | | |