United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kerry Travis Spangler  
Lisa A Spangler  
    Debtors

Case No. 18-00243-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 03, 2023      Form ID: 3180W      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Travis Spangler, Lisa A Spangler, 42 Twin Hill Dr, Waynesboro, PA 17268-1867 |
| 5014082 | + | Care Centrix, P O Box 277947, Atlanta, GA 30384-7947 |
| 5014097 | + | Lendmark Financial Services, 4645 Village Square Dr, Ste H, Paducah, KY 42001-7448 |
| 5014100 | + | Prosper Marketplace, 101 Second St, Se 1500, San Francisco, CA 94105-3672 |
| 5014104 | + | SYNCB/HH Greggs, P O Box 965060, Bankruptcy Dept, Orlando, FL 32896-5060 |
| 5014107 | + | SYNCB/Peebles, P O Box 965036, Orlando, FL 32896-5036 |
| 5014101 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5014111 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER.COM | Mar 03 2023 23:35:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 03 2023 18:41:00 | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115 |
| 5016722 | | EDI: GMACFS.COM | Mar 03 2023 23:35:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 5014079 | + | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 18:52:05 | American Express, P O Box 981535, El Paso, TX 79998-1535 |
| 5036456 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 18:52:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5036415 | | EDI: BANKAMER.COM | Mar 03 2023 23:35:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5014080 | + | EDI: BANKAMER.COM | Mar 03 2023 23:35:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5014081 | + | EDI: CAPITALONE.COM | Mar 03 2023 23:35:00 | Capital One Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5036409 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 18:52:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5014083 | + | Email/Text: ebn@carepayment.com | Mar 03 2023 18:41:00 | Care Payment, P O Box 2398, Omaha, NE 68103-2398 |
| 5043523 | + | EDI: BASSASSOC.COM | Mar 03 2023 23:35:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5014087 | + | EDI: CITICORP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 03 2023 23:35:00 | Citibank, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 5014088 | + | EDI: WFNNB.COM | Mar 03 2023 23:35:00 | Comenity Bank/Victoria Secret, P O Box 182789, Columbus, OH 43218-2789 |
| 5014089 | + | EDI: WFNNB.COM | Mar 03 2023 23:35:00 | Comenity Bank/Wayfair, P O Box 182789, Columbus, OH 43218-2789 |
| 5014090 | + | EDI: WFNNB.COM | Mar 03 2023 23:35:00 | Comenity Bank/Woman Within, P O Box 182789, Columbus, OH 43218-2789 |
| 5014091 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2023 18:41:51 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 5014092 | | EDI: DISCOVER.COM | Mar 03 2023 23:35:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5016065 | | EDI: DISCOVER.COM | Mar 03 2023 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5014951 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 03 2023 18:41:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 5014078 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 03 2023 18:41:00 | 1st National Bank of Omaha, P O Box 3412, Omaha, NE 68103 |
| 5021236 | | Email/Text: EBNBKNOT@ford.com | Mar 03 2023 18:41:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 5014093 | + | Email/Text: EBNBKNOT@ford.com | Mar 03 2023 18:41:00 | Ford Motor Credit, P O Box 542000, Omaha, NE 68154-8000 |
| 5014094 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 03 2023 18:41:00 | Great Lakes Higher Education, P O Box 7860, Madison, WI 53707-7860 |
| 5014085 | | EDI: JPMORGANCHASE | Mar 03 2023 23:35:00 | Chase, P O Box 15298, Wilmington, DE 19850 |
| 5014086 | | EDI: JPMORGANCHASE | Mar 03 2023 23:35:00 | Chase/Amazon, P O Box 1423, Charlotte, NC 28201 |
| 5014095 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2023 18:41:00 | Kohls/Capital One, P O Box 3115, Milwaukee, WI 53201-3115 |
| 5032322 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 03 2023 18:41:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5050489 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:41 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5050490 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:41 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, c/o Resurgent Capital Services 29603-0587 |
| 5040401 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:51 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040402 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:46 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040932 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:41 | LVNV Funding, LLC its successors and assigns as, assignee of Prosper Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040376 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 18:41:42 | LVNV Funding, LLC its successors and assigns as, assignee of Consumer Lending, Receivables Trust 2016-A, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040377 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
| --- | --- | --- | --- |
| | | Mar 03 2023 18:41:42 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5014096 | + EDI: LENDNGCLUB | Mar 03 2023 23:35:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5040433 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2023 18:41:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5039922 | + Email/Text: bankruptcy@marinerfinance.com | Mar 03 2023 18:41:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5014099 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2023 18:41:46 | Merrick Bank, P O Box 1500, Draper, UT 84020-1127 |
| 5034366 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2023 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5014625 | + EDI: RECOVERYCORP.COM | Mar 03 2023 23:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5043241 | + Email/Text: bncmail@w-legal.com | Mar 03 2023 18:41:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5037451 | EDI: Q3G.COM | Mar 03 2023 23:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5039486 | EDI: Q3G.COM | Mar 03 2023 23:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5014102 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Amazon, PO Box 965060, Bankruptcy Dept, Orlando, FL 32896-5060 |
| 5014103 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Care Credit, P O Box 965060, Bankruptcy Dept, Orlando, FL 32896-5060 |
| 5014105 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 5014106 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/PayPal, P O Box 965005, Orlando, FL 32896-5005 |
| 5014108 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Sams Club, P O Box 965005, Orlando, FL 32896-5005 |
| 5014109 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Value City Furniture, P O Box 965036, Orlando, FL 32896-5036 |
| 5014110 | + EDI: RMSC.COM | Mar 03 2023 23:35:00 | SYNCB/Walmart, P O Box 965024, Orlando, FL 32896-5024 |
| 5274163 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 03 2023 18:41:00 | Towd Point Mortgage Trust 2019-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274164 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 03 2023 18:41:00 | Towd Point Mortgage Trust 2019-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Towd Point Mortgage Trust 2019-4, U.S. B, 84119-3284 |
| 5035476 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 03 2023 18:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5034109 | EDI: WFFC2 | Mar 03 2023 23:35:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 5014112 | + EDI: WFFC2 | Mar 03 2023 23:35:00 | Wells Fargo Dealer Svc, P O Box 1697, Winterville, NC 28590-1697 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5014084 | ##+ | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |
| 5014098 | ##+ | Mariner Finance, PO Box 35394, Baltimore, MD 21222-7394 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as indenture Trustee bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com |
| Michael John Csonka | on behalf of Debtor 1 Kerry Travis Spangler office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Lisa A Spangler office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kerry Travis Spangler<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–2191<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lisa A Spangler<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–3403<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00243-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kerry Travis Spangler          Lisa A Spangler

3/3/23

**By the court:**  *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**