United States Bankruptcy Court
Middle District of Pennsylvania

In re: Kerry Travis Spangler, Lisa A Spangler, Debtors

Case No. 18-00243-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　User: AutoDocke　　　Page 1 of 2
Date Rcvd: May 16, 2023　　　Form ID: fnldec　　　Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol　　Definition**
+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Travis Spangler, Lisa A Spangler, 42 Twin Hill Dr, Waynesboro, PA 17268-1867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Michael John Csonka | on behalf of Debtor 2 Lisa A Spangler office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |

Michael John Csonka
    on behalf of Debtor 1 Kerry Travis Spangler office@csonkalaw.com
    kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com

Michael Patrick Farrington
    on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee
    mfarrington@kmllawgroup.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kerry Travis Spangler,<br>**Debtor 1**<br>Lisa A Spangler,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18−bk−00243−HWV |

Social Security No.:
xxx−xx−2191    xxx−xx−3403

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 16, 2023

**fnldec** (01/22)